```
E. MARTIN ESTRADA
United States Attorney                                    JS-6
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
      Office of Program Litigation, Office 7
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone:  (510) 970-4809
      Email:  Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY SUE FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 8:23-cv-00105-JDE<br><br>**JUDGMENT** |

Having approved the parties' Stipulation to Remand to Appeals Council and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: June 06, 2023

_____
JOHN D. EARLY
United States Magistrate Judge